FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 11 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL TAYLOR,

                Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

JUDGMENT
02-CV- 5361 (SJ)

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 10, 2005, remanding the matter to the defendant Commissioner, pursuant to a Mandate from the Second Circuit issued March 21, 2005, (1) to give sufficient reasons explaining how, and on the basis of what factors, Dr. Hecht's (plaintiff's treating physician) opinion was weighed; (2) to address the views of the several other physicians who had treated plaintiff on a consistent basis and whose diagnostic findings arguable buttressed those of Dr. Hecht's; (3) to assess plaintiff's credibility based on accurate depictions of the representations made by plaintiff, and on a fully evidentiary record, supplemented by further fact-gathering as needed, and; (4) to reconsider plaintiff's application for benefits in accordance with the Second Circuit's mandate; it is

JUDGMENT
02-CV- 5361 (SJ)

ORDERED and ADJUDGED that the matter is remanded to the defendant Commissioner, pursuant to a Mandate from the Second Circuit issued March 21, 2005, (1) to give sufficient reasons explaining how, and on the basis of what factors, Dr. Hecht's (plaintiff's treating physician) opinion was weighted; (2) to address the views of the several other physicians who has treated plaintiff on a consistent basis and whose diagnostic findings arguably buttressed those of Dr. Hecht's; (3) to assess plaintiff's credibility based on accurate depictions of the representations made by plaintiff, and on a fully evidentiary record, supplemented by further fact-gathering as needed, and; (4) to reconsider plaintiff's applications for benefits in accordance with the Second Circuit's mandate.

Dated: Brooklyn, New York
May 10, 2005

ROBERT C. HEINEMANN
Clerk of Court